### LINDENBORN v. VOGEL.

(Supreme Court, Appellate Term. June 5, 1908.)

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Solomon Lindenborn against Lillian B. Vogel. Judgment for defendant, and plaintiff appeals. Reversed, and motion to open default denied.

Argued before GILDERSLEEVE, P. J., and DAYTON and GERARD, JJ.

William L. Levy, for appellant.
Ignace Irving Apfel, for respondent.

PER CURIAM. This appeal involves the same question as is passed upon in the case of Fluegelman v. Armstrong (decided at the present term of this court) 110 N. Y. Supp. 967. Under the decision in that case, the judgment herein must be reversed.

Judgment reversed, with costs, and motion to open default denied.